UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROACH, | No. 2:13-cv-2642 DAD |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

This social security action was submitted to the court without oral argument for ruling on plaintiff's motion for summary judgment. The court is in receipt of the parties' April 27, 2015 letter inquiring if the court requires any further assistance in resolving the pending motion. The parties are informed that the court does not require any assistance and anticipates issuing an order addressing the submitted motion in due time. As counsel is no doubt aware, the United States District Court for the Eastern District of California has carried one of the heaviest weighted caseloads per active judge in the country over the past decade. Unfortunately, that overwhelming

/////
/////
/////
/////

1

caseload impacts to the speed with which the court is able to render decisions in submitted matters such as this. [1]

Dated:  May 15, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
ddad1/orders.soc sec/roach2642.letter.ord.docx

---

[1] The parties are advised that under these current circumstances the court would normally issue a ruling within 90 to 120 days from the date of this order.  There does not appear to be any unusual circumstances in this action.