Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
William Roach

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROACH, | ) No. 2:13-cv-02642-AC (TEMP) |
| Plaintiff, | ) STIPULATION AND ORDER FOR THE |
| vs. | ) AWARD AND PAYMENT OF ATTORNEY ) FEES AND EXPENSES PURSUANT TO |
| CAROLYN W. COLVIN, Acting | ) THE EQUAL ACCESS TO JUSTICE ACT, ) 28 U.S.C. § 2412(d) AND COSTS |
| Commissioner of Social Security, | ) PURSUANT TO 28 U.S.C. § 1920 |
| Defendant. | ) |

TO THE HONORABLE DALE A. DROZD, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that William Roach be awarded attorney fees in the amount of three thousand seven hundred ninety two dollars ($3,792.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and expenses in the amount of fourteen dollars ($14.00) under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

-1-

1  After the Court issues an order for EAJA fees to William Roach, the government will
2  consider the matter of William Roach's assignment of EAJA fees to Lawrence D. Rohlfing.  The
3  retainer agreement containing the assignment is attached as exhibit 1.  Pursuant to *Astrue v.*
4  *Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether
5  the fees are subject to any offset allowed under the United States Department of the Treasury's
6  Offset Program.  After the order for EAJA fees is entered, the government will determine
7  whether they are subject to any offset.

8  Fees shall be made payable to William Roach, but if the Department of the Treasury
9  determines that William Roach does not owe a federal debt, then the government shall cause the
10  payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D.
11  Rohlfing, pursuant to the assignment executed by William Roach.  *United States v. $186,416.00*,
12  722 F.3d 1173, 1176 (9th Cir. 2013) (*$186,416.00 II*)  (ordering fees paid to counsel because of
13  an assignment that did not interfere with a raised superior lien).[1]  Any payments made shall be
14  delivered to Lawrence D. Rohlfing.

15  This stipulation constitutes a compromise settlement of William Roach's request for
16  EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant
17  under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release
18  from, and bar to, any and all claims that William Roach and/or Lawrence D. Rohlfing including

---

[1] The Commissioner does not stipulate to the citation of *$186,416.00 II*, and will not participate in representing to this Court that it carries legal import in these proceedings.  *$186,416 II* involved a different statute and very different factual circumstances than those presented here, or in other Social Security cases.  Because the parties have agreed to the payment of EAJA fees, and the amount, and to avoid motion practice solely related to Plaintiff's citation, the Commissioner agrees to this stipulation. The Commissioner reserves the right to challenge the applicability of *$186,416 II* to any Social Security case, and this Stipulation should not be construed as a waiver of such reservation.

William Roach contends that *U.S. v. $186,416.00 in U.S. Currency*, 642 F.3d 753, 757 (9th Cir. 2011) (*$186,416.00 I*) held that there is no functional difference between the CAFRA and EAJA in terms of "ownership" of the fee.

Law Offices of Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Lawrence D. Rohlfing and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: October 2, 2015        Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Lawrence D. Rohlfing*
BY:_____
Lawrence D. Rohlfing
Attorney for plaintiff William Roach

DATED: October 2, 2016        BENJAMIN B. WAGNER
United States Attorney
DONNA A. CALVERT
Regional Chief Counsel
Assistant United States Attorney

/s/ *Sundeep Patel*
_____
Sundeep Patel
Special Assistant United States Attorney
Attorneys for Defendant Carolyn W. Colvin,
Acting Commissioner of Social Security
(Per e-mail authorization)

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: July 27, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE